Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

**NOTICE OF APPEARANCE OF COUNSEL or**
**RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE**

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).
You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s) | 14-80031

Case Name: | Tarla Makaeff, et al. | v. | Trump University, LLC, et al.

The Clerk will enter my
appearance as counsel on behalf of: | Tarla Makaeff, Brandon Keller, Ed Oberkrom, Sonny Low, J.R. Everett, and John Brown

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Appellant/Cross-Appellee
☒ Appellee  ☐ Respondent  ☐ Intervenor  ☐ Appellee/Cross-Appellant

☐ Re-Assignment (Optional) This case has been re-assigned to me from another attorney in my
office (for ex., the Federal Public Defenders Office, OIL, or a law firm).

I am replacing (name of counsel): |

Name | Eric Alan Isaacson

Firm/
Office | Robbins Geller Rudman & Dowd LLP

Address | 655 West Broadway, Suite 1900

City | San Diego | State | CA | Zip Code | 92101

Phone Number (including area code) | (619) 231-1058

Signature
(use "s/" format) | s/Eric Alan Isaacson | Date | March 12, 2014

9th Circuit Case Number(s) | 14-80031

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) March 12, 2014 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format) | s/Eric Alan Isaacson

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)